UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD M. HOFFMAN,<br>      Plaintiffs,<br><br>-against-<br><br>LOTTERY.COM, INC., formerly known as TRIDENT ACQUISITIONS CORP., et al.,<br><br>      Defendants. | Index No.: 22-cv-10764<br><br>**NOTICE OF CHANGE<br>OF FIRM NAME** |

**PLEASE TAKE NOTICE** that with respect to the above-captioned matter, effective August 1, 2025, the law firm of McDermott Will & Emery LLP, counsel to Matt Clemenson and Ryan Dickinson, merged with Schulte Roth & Zabel LLP. The firm's new name is McDermott Will & Schulte LLP ("MWS"). MWS will continue to represent the Defendants in the above-captioned case.

The firm address, telephone number, and contact information for individual attorneys appearing for Matthew Clemenson and Ryan Dickinson remain the same.

Dated: August 15, 2025
   New York, NY

               **McDERMOTT WILL & SCHULTE LLP**

               By: /s/ *Franklin Monsour*
                  Franklin Monsour
                  One Vanderbilt Avenue
                  New York, NY 10017
                  Telephone: 212-547-5554
                  Email: fmonsour@mwe.com

               *Attorneys for Defendants*